AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                  DISTRICT OF                  NEW YORK

Securities and Exchange Commission,

                                Plaintiff,

                    v.

Andrew J. McKelvey,

                                Defendant.

**APPEARANCE**

Case Number:  08-cv-00555 (HB)

ECF CASE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Andrew J. McKelvey.

I certify that I am admitted to practice in this court.

| 4/14/2008 | s/ Steven F. Reich |
|---|---|
| Date | Signature |
| | Steven F. Reich |
| | Print Name                    Bar Number |
| | 7 Times Square |
| | Address |

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 830-7196 | (212) 830-3017 |
|---|---|
| Phone Number | Fax Number |