UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>Andrew J. McKelvey,<br><br>　　　　　Defendant. | 08 cv 00555 (HB)<br><br>ECF CASE<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK　　　　）
　　　　　　　　　　　　　 ss :
COUNTY OF NEW YORK　　 ）

　　　**STACEY B. SIMMONS,** being duly sworn, deposes and says:

　　1.　　I am not a party to the action, am over 18 years of age and reside in Willingboro, New Jersey.

　　2.　　On April 14, 2008 I caused to be served a copy of the annexed Notice of Appearance by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

　　　　Mark K. Schonfeld, Esq.
　　　　Securities and Exchange Commission
　　　　3 World Financial Center
　　　　New York, New York 10281

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STACEY B. SIMMONS

Sworn to before me this 14th
day of April, 2008

_____
Notary Public

ROCHELLE S. BELL
Notary Public, State of New York
No. 01BE4722424
Qualified in Queens County
Commission Expires November 30, 20 10