AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

Securities and Exchange Commission,

     Plaintiff,

**APPEARANCE**

v.

Andrew J. McKelvey,

Case Number: 08-cv-00555 (HB)

ECF CASE

     Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Andrew J. McKelvey.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/17/2008 | s/ Arunabha Bhoumik |
| Date | Signature |
| | Arunabha Bhoumik |
| | Print Name / Bar Number |
| | 7 Times Square |
| | Address |
| | New York, NY 10036 |
| | City / State / Zip Code |
| | (212) 790-4554 / (212) 790-4545 |
| | Phone Number / Fax Number |